IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

    APR 2 2 2005

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

TIMOTHY WAYNE CARTER,               §
                                    §
        Petitioner,                 §
                                    §
                                    §
v.                                  §        2:04-CV-0323
                                    §
DOUGLAS DRETKE, Director,           §
Texas Department of Criminal        §
Justice, Institutional Division,    §
                                    §
                                    §
        Respondent.                 §

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION, and
## DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On April 6, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed as time barred. Petitioner filed objections to the Magistrate Judge's Report and Recommendation on April 21, 2005.

The undersigned United States District Judge has made an independent examination of the record in this case. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED. Let judgment be entered accordingly.

IT IS SO ORDERED.

ENTERED this _____22nd_____ day of _____April_____ 2005.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE